IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD K. OUTLAW | : | CIVIL ACTION |
| v. | : | |
| SUPT. BROOKS, et al. | : | No. 07-1362 |

## ORDER

AND NOW, this 6th day of August, 2007, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DISMISSED; and

3. A certificate of appealability is not granted.

BY THE COURT:

_____
ANITA B. BRODY, J.

Copies via ECF on ___ TO:   Copies via US Mail on ___ TO: